ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Great America Construction Company | )    ASBCA No. 60325 |
| | ) |
| Under Contract No. H92237-15-C-9002 | ) |

APPEARANCE FOR THE APPELLANT:       Mr. Mansour  Alamyar
                                              Vice President and PM

APPEARANCES FOR THE GOVERNMENT:     Col Matthew J. Mulbarger, USAF
                                              Air Force Chief Trial Attorney
                                              Gregory A. Harding, Esq.
                                              Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  6 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60325, Appeal of Great America Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals